STATE OF NEW JERSEY v. DENNIS DEDRAFFENREID.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CARMEN DE FREEZE.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DONYELLE LOCUST.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BULLOCK.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ROBINSON.

September 25, 1989.

Petition for certification denied.